IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACKARY T. HARRIS

    Petitioner,                    No. CIV S-05-1976 LKK CMK P

    vs.

A.K. SCRIBNER, et al.,

    Respondents.

_____/       <u>ORDER</u>

On November 14, 2005, respondents filed a request for an extension of time to respond to petitioner's application for a writ of habeas corpus. Good cause appearing, IT IS ORDERED that respondents' request for a thirty day extension of time until December 20, 2005 to file a response is granted.

DATED: January 6, 2006.

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE