IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACKARY T. HARRIS,

    Petitioner,                             No. CIV S-05-1976 LKK CMK P

    vs.

A.K. SCRIBNER, et al.,

    Respondents.                           <u>ORDER</u>

    _____/

        On January 9, 2006, this court issued findings and recommendations recommending that petitioner's application for a writ of habeas corpus be dismissed for failure to exhaust state remedies. A copy of the findings and recommendations were served on petitioner at his address of record.

        On February 21, 2006, the Attorney General's office notified the court that it had received a change of address notification from the petitioner which was meant for the court. Apparently, due to his change of address petitioner has not received a copy of the findings and recommendations filed on January 9, 2006.

///

///

///

1

Accordingly, IT IS ORDERED that the Clerk of the Court serve a copy of the findings and recommendations filed on January 9, 2006 (doc. 15) on petitioner at the following address: Zackary T. Harris, P-35600, P.O. Box 600 F-Wing 330, Tracy, CA 95378.

DATED: February 22, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2