IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACKARY T. HARRIS,

    Petitioner,                   No. CIV S-05-1976 LKK CMK P

   vs.

A.K. SCRIBNER, et al.,

    Respondents.              ORDER

_____/

       On May 22, 2006, petitioner filed a notice of change of address. That document was not served on respondents. Petitioner is advised that every document submitted to the court for consideration must be served on respondents. Fed. R. Civ. P. 5; Rule 11, 28 U.S.C. § 2254.

       Due to electronic filing, which automatically provides notice to respondent of petitioner's filings to the court, service on respondent is of somewhat less importance than previously. However, as a prisoner proceeding pro se, petitioner is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. See Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of respondents, documents submitted by petitioner must be served on that attorney and not on the respondents. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. See Fed. R. Civ. P.

1

5(b)(2)(B). Petitioner must include with every document filed in this action a certificate stating the date an accurate copy of the document was mailed to respondents' attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

      Accordingly, IT IS HEREBY ORDERED that petitioner is ordered to properly serve any documents subsequently filed in this action on respondents' attorney of record. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

DATED:   June 8, 2006.

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE